| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Aaron W. Perozzo |
| Debtor 2 (Spouse, if filing) | Stacey L. Perozzo |
| United States Bankruptcy Court for the: | Central District of Illinois (State) |
| Case number | 17-71612 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.  See bankruptcy rule 3002.1

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CABANA SERIES III TRUST

**Last four digits** of any number you use to identify the debtor's account:  7782

**Court claim no.** (if known): 5-1

**Date of payment change:** December 1, 2022
Must be at least 21 days after date of this notice

**New total payment:** $402.43
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $154.96        New escrow payment:  $171.05

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

   Current Interest Rate:                         New interest rate:
   Current principal and interest payment:        New principal and interest payment:

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect)

   Reason for change:
   Current mortgage payment:                      New mortgage payment:

| Debtor 1 | Aaron W. Perozzo | | | Case Number *(if known)* | 17-71612 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*
☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗  /s/ Michelle Ghidotti as "Authorized Representative of Creditor"          Date 10/11/2022
Signature

Print:  Michelle Ghidotti as "Authorized Representative of Creditor"          Title  Bankruptcy Attorney
        First name        Middle Name     Last name

Company   GHIDOTTI | BERGER LLP

Address   1920 Old Tustin Avenue
          Number        Street

          Santa Ana, CA 92705
          City          State      Zip Code

Contact phone   (949) 427-2010          Email:   bknotifications@ghidottiberger.com

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

AARON W PEROZZO
302 LINKINS AVE
TOVEY IL  62570

Analysis Date: October 04, 2022                                                                                         Final
Property Address: 302 LINKINS AVENUE  TOVEY, IL 62570                                                       Loan:

### Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Dec 2021 to Nov 2022.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Dec 01, 2022: |
|---|---|---|
| Principal & Interest Pmt: | 231.38 | 231.38 |
| Escrow Payment: | 154.96 | 171.05 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $386.34 | $402.43 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Dec 01, 2022 |
| Escrow Balance: | 331.74 |
| Anticipated Pmts to Escrow: | 0.00 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $331.74 |

|  | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
|  |  |  |  |  | Starting Balance | 874.16 | 989.74 |
| Dec 2021 |  | 154.96 |  | * |  | 874.16 | 1,144.70 |
| Jan 2022 |  | 154.96 |  | * |  | 874.16 | 1,299.66 |
| Feb 2022 | 151.68 | 154.96 |  | * |  | 1,025.84 | 1,454.62 |
| Mar 2022 | 151.68 | 154.96 |  | * |  | 1,177.52 | 1,609.58 |
| Apr 2022 | 151.68 | 154.96 |  | * |  | 1,329.20 | 1,764.54 |
| May 2022 | 151.68 | 154.96 |  | * |  | 1,480.88 | 1,919.50 |
| Jun 2022 | 151.68 | 154.96 |  | * |  | 1,632.56 | 2,074.46 |
| Jun 2022 |  |  |  | 191.82 | * County Tax | 1,632.56 | 1,882.64 |
| Jul 2022 | 151.68 | 154.96 | 187.56 |  | * County Tax | 1,596.68 | 2,037.60 |
| Jul 2022 |  |  | 1,445.00 | 1,669.00 | * Homeowners Policy | 151.68 | 368.60 |
| Aug 2022 | 151.68 |  |  | * |  | 303.36 | 368.60 |
| Aug 2022 |  |  |  | 191.82 | * County Tax | 303.36 | 176.78 |
| Sep 2022 | 151.68 | 154.96 | 187.56 |  | * County Tax | 267.48 | 331.74 |
| Oct 2022 | 151.68 |  |  | * |  | 419.16 | 331.74 |
| Nov 2022 | 151.68 |  |  | * |  | 570.84 | 331.74 |
|  | $1,516.80 | $1,394.64 | $1,820.12 | $2,052.64 |  |  |  |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Page 1

Last year, we anticipated that payments from your account would be made during this period equaling 1,820.12. Under Federal law, your lowest monthly balance should not have exceeded 903.35 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Analysis Date: October 04, 2022    Final
Borrower: AARON W PEROZZO    Loan:

**Annual Escrow Account Disclosure Statement**
**Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 331.74 | 663.47 |
| Dec 2022 | 171.05 | | | 502.79 | 834.52 |
| Jan 2023 | 171.05 | | | 673.84 | 1,005.57 |
| Feb 2023 | 171.05 | | | 844.89 | 1,176.62 |
| Mar 2023 | 171.05 | | | 1,015.94 | 1,347.67 |
| Apr 2023 | 171.05 | | | 1,186.99 | 1,518.72 |
| May 2023 | 171.05 | | | 1,358.04 | 1,689.77 |
| Jun 2023 | 171.05 | | | 1,529.09 | 1,860.82 |
| Jul 2023 | 171.05 | 191.82 | County Tax | 1,508.32 | 1,840.05 |
| Jul 2023 | | 1,669.00 | Homeowners Policy | (160.68) | 171.05 |
| Aug 2023 | 171.05 | | | 10.37 | 342.10 |
| Sep 2023 | 171.05 | 191.82 | County Tax | (10.40) | 321.33 |
| Oct 2023 | 171.05 | | | 160.65 | 492.38 |
| Nov 2023 | 171.05 | | | 331.70 | 663.43 |
| | $2,052.60 | $2,052.64 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 171.05. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 342.11 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 331.74. Your starting balance (escrow balance required) according to this analysis should be $663.47. This means you have a shortage of 331.73. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.

We anticipate the total of your coming year bills to be 2,052.64. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Case 17-71612    Doc    Filed 10/11/22    Entered 10/11/22 11:07:41    Desc Main
                        Document      Page 6 of 8

Analysis Date: October 04, 2022  
Borrower: AARON W PEROZZO                                                                                           Final  
                                                                                                                    Loan:

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 171.05 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $171.05 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

Page 4

## CERTIFICATE OF SERVICE

On October 11, 2022, I served the foregoing documents described as Notice of mortgage payment change on the following individuals by electronic means through the Court's ECF program:

Debtors Attorney
Kevin Linder
bklinderlaw@aol.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Kaitlyn May
Kaitlyn May

On October 11, 2022, I served the foregoing documents described as Notice of mortgage payment change on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Aaron W Perozzo
P O Box 240
Tovey, IL 62570

Stacey L Perozzo
P O Box 240
Tovey, IL 62570

Debtors Attorney
Michael J Logan
421 S Grand Avenue W
Ste 2 B
Springfield, IL 62704

Trustee
Marsha L Combs-Skinner
Chapter 13 Standing Bankruptcy Trustee
108 S. Broadway
PO Box 349
Newman, IL 61942

U.S. Trustee
Office Of Nancy J. Gargula U.S. Trustee
401 Main St #1100
Peoria, IL 61602

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                              /s/ Kaitlyn May
                                              Kaitlyn May